

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*



ECF #4

271 Cadman Plaza East
Brooklyn, New York 11201

February 9, 2009

Honorable Raymond J. Dearie
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RECEIVED IN CHAMBERS OF**
**U.S.D.J. DEARIE**
**ON:** 2/10/09

Re: Ahmed v. Mukasey et al.
    CV-09-0127 (Dearie, Ch.J.)(Azrack, M.J.)

Dear Chief Judge Dearie:

Defendants respectfully write to request that this action be dismissed as moot.

In this action, Plaintiff seeks an order directing United States Citizenship and Immigration Services ("USCIS") to adjudicate an I-130 alien relative petition. USCIS approved the application on February 9, 2009. A copy of the approval notice is annexed hereto.

Thus, this action is now moot. Accordingly, Defendants respectfully request that the Court (a) dismiss this action with prejudice, and without costs or attorney's fees to any party; and (b) direct the Clerk of the Court to enter judgment accordingly.

Respectfully submitted,

BENTON J. CAMPBELL
United States Attorney

Elliot M. Schachner (ECF)
s/
By: ELLIOT M. SCHACHNER
Assistant U.S. Attorney
(718) 254-6053

2/10/09
Dismissed as moot
So ordered
s/ Raymond J. Dearie