UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ZEESHAN AHMED,

                            Plaintiff,

-against-

MICHAEL MUKASEY,
*as Attorney General of the United States*,
MICHAEL CHERTOFF, *as Secretary of Department of Homeland Security*,
JONATHAN SCHARFEN,
*Acting Director, U.S. Citizenship and Immigration Services*,
PAUL NOVAK,
*Director, Vermont Service Center, U.S. Citizenship and Immigration Services*,
                            Defendant.
-----------------------------------------------------------X

JUDGEMENT
09 CV 00127 (RJD)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ FEB 12 2009 ★
TIME A.M. _____ P.M. _____

      An Order of Honorable Raymond J. Dearie, United States District Judge, having filed on February 10, 2009, dismissing the action with prejudice as moot without costs and that each party pay its own attorney's fees; it is,

      ORDERED and ADJUDGED that the action is dismissed as moot without cost to either party and that each party pay its own attorney's fees.

      Dated: Brooklyn, New York
              February 12, 2009

ROBERT C. HEINEMANN
Clerk of Court

By Terry Vaughn
Chief Deputy.